# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR4215-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING REQUEST FOR CONTINUANCE OF SENTENCING HEARING** |
| MARIA LLANEZ-VILLA, | ) | |
| Defendant. | ) | |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that Defendant's sentencing hearing be continued from March 9, 2009 at 8:30 a.m., to April 27, 2009 at 8:30 a.m.

IT IS SO ORDERED.

DATED: February 26, 2009

M. James Lorenz
United States District Court Judge